IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NORVELL T. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 11 C 3333 |
| | ) | |
| v. | ) | Hon. Judge John Z. Lee |
| | ) | |
| CHICAGO POLICE OFFICERS RICCARDO ERBACCI (Star No. 1166), et al. | ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii) and by agreement of the parties, Plaintiff, through his undersigned attorneys, hereby voluntary dismisses, *without prejudice*, the following individual defendants in the above-captioned action.

1. Officer Michael Glines (Star No. 14928)
2. Officer Robert Hofer (Star No. 3860)
3. Officer William McKenna (Star No. 11711)
4. Officer Dominic Cantore (Star No. 17861)
5. Officer Rene Arriazola (Star No. 13168)
6. Officer Matthew Foerstel (Star No. 10586)
7. Officer Michael McDermott (Star No. 9813)
8. Officer James Goldbeck (Star No. 6508)
9. Officer Andrew Wallace (Star No. 2549)

Dated March 22, 2013                              Respecfully submitted,

/s/ Raoul V. Mowatt                               /s/ Shima S. Roy
Attorney for Defendants                           One of the Attorneys for Plaintiff
Raoul Vertick Mowatt                              Shima S. Roy
Assistant Corporation Counsel                     Natalia MacWilliam
City of Chicago                                   Kyle R. Olson
30 N. LaSalle Street                              BAKER & McKENZIE LLP
Suite 900                                         300 East Randolph Drive Suite 5000
Chicago, Illinois 60602                           Chicago, Illinois 60601
(312) 744-3283                                    (312) 861-8000