**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NORVELL T. MOORE, | ) | |
| | ) | No.   11 C 03333 |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN Z. LEE |
| vs. | ) | |
| | ) | |
| CHICAGO POLICE OFFICERS RICCARDO | ) | |
| ERBACCI (Star No. 1166) et al. | ) | |
| | ) | |
| | ) | **JURY DEMAND** |
| | ) | |
| Defendant(s). | ) | |

**STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii) and by agreement of the parties,

Plaintiff, through his undersigned attorneys hereby voluntarily dismisses without prejudice the

following individual defendants in the above-captioned action.

1. Officer John Becker (Star No. 4734)

2. Officer John Ganz (Star No. 12301)

3. Officer Vito Giovannielli (Star No. 12843)

4. Philip Hernandez

5. Officer William Moriarty (Star No. 6316)

6. Officer Michael Valentine (Star No. 7931)

It is agreed by the parties that the above-listed defendants shall toll any applicable statute of

limitations for a period of one-year from May 6, 2013, and during that time period shall  not

assert in any responsive pleading to a refiled complaint the statute of limitations as to any claim

or cause of action therein.

Date:   May 6, 2013                          Respectfully submitted,

                                             /s/Shima S. Roy

                                             One of the Attorneys for Plaintiff
                                             Shima S. Roy
                                             Natalia MacWilliam
                                             Kyle R. Olson
                                             BAKER & McKENZIE LLP
                                             300 East Randolph Drive, Suite 5000
                                             Chicago, Illinois  60601
                                             (312) 861-8000

                                             /s/ Raoul Vertick Mowatt
                                             Raoul Vertick Mowatt
                                             Assistant Corporation Counsel
                                             Attorney for Defendants Becker, Ganz,
                                             Giovannielli, Hernandez, Moriarty and
                                             Valentine
                                             City of Chicago Department of Law
                                             30 N. LaSalle, Suite 900
                                             Chicago, IL 60602
                                             (312) 744-3283