UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Norvell T Moore

                 Plaintiff,

v.                                         Case No.: 1:11−cv−03333
                                              Honorable John Z. Lee

Ricardo Erbacci, et al.

                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 17, 2016:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 5/17/2016 and continued to 6/1/2016 at 09:00 AM. In light of settlement, all pending pretrial deadlines and dates, including the 6/1/16 final pretrial conference and 6/13/16 trial date, are stricken. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.